PETITIONS FOR WRITS OF CERTIORARI GRANTED, FROM OCTOBER 4, 1920, TO AND INCLUDING JANUARY 24, 1921.

No. 333. HERBERT L. HILDRETH v. JIM M. MASTORAS. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. George P. Dike* and *Mr. Frederic D. McKenney* for petitioner. *Mr. Joseph L. Atkins* for respondent.

———

No. 371. FIRST NATIONAL BANK OF JASPER, FLORIDA,v. STATE BANK OF ROME, GEORGIA; AND

No. 372. FIRST NATIONAL BANK OF JASPER, FLORIDA, v. FIRST NATIONAL BANK OF ROME, GEORGIA. October 11, 1920. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. William Wade Hampton* for petitioner. *Mr. Henry C. Clark* for respondents.

———

No. 383. THE BANK OF JASPER v. FIRST NATIONAL BANK OF ROME, GEORGIA; AND

No. 384. THE BANK OF JASPER v. STATE BANK OF ROME, GEORGIA. October 11, 1920. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. F. P. Fleming* for petitioner. *Mr. Henry C. Clark* for respondents.